JOHN B. TOOMEY, Respondent, v. CHARLES JURACKA, Appellant. MARY AGNES TOOMEY, an Infant, by JOHN B. TOOMEY, Her Guardian ad Litem, Respondent, v. CHARLES JURACKA, Appellant.— Appeals from judgments entered upon the verdict of a jury, and from orders denying a new trial. The injured plaintiff was a child ten years of age, who had alighted from a west-bound school bus, which had conveyed her from school to a point near her home. The bus stopped on a road running east and west, and at its junction with the northerly end of another road running south therefrom. The infant plaintiff left the front door of the bus, on the side toward the gutter, walked the length of the bus to the rear, and then behind the bus toward the middle of the road. The defendant's car was coming east, and had a full view of the bus for a distance of 250 feet. The bus carried a sign on the front and rear, measuring two and one-half feet by five and one-half inches, with letters two and five-eighths inches high. These signs did not conform with the statute, and were, therefore, an evidentiary fact only. The jury could have found from the evidence that the defendant's car was proceeding at a speed not exceeding twenty-five miles an hour, and that its speed did not slacken until the accident happened, and that no warning of approach was given, and passed the bus at a distance of a foot therefrom. As the defendant's car was passing the rear end of the bus, the infant plaintiff while walking slowly stepped from behind the bus, was struck, and injured. Judgments and orders unanimously affirmed, with one bill of costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

FRANK DOBSON and KATE DOBSON, Respondents, v. MARSDALE REALTY COMPANY, INC., Appellant.— This is an appeal by the defendant, the Marsdale Realty Company, Inc., from a judgment annulling and canceling a contract for the purchase and sale of lot 264 on Hampton street, Albany, N. Y., and ordering the defendant to restore and pay to the plaintiff $550, the sum paid to the defendant company, with costs. The action is brought by the plaintiffs for the rescinding of a land contract and is based on false representations made to the plaintiffs by the defendant and its agents in selling the plaintiffs the lot in question and in representing it to be a level lot, whereas it was an uneven lot, the northerly part of said lot being several feet lower than the southerly portion. It was on a paved street, the pavement ending some twelve feet south of the boundary of the lot in question and the plaintiffs claim that the defendant's agent showed them the lot and paced it off from the end of the pavement which was some ten or twelve feet from the northerly boundary of the lot. The evidence supports the findings of fact and conclusions of law arrived at by the trial court. The judgment appealed from should be affirmed with costs. Judgment unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.